AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Entropic Communications, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00051-JRG |
| Charter Communications, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Entropic Communications, LLC.

Date: 02/10/2023

/s/ Wesley Hill
*Attorney's signature*

Wesley Hill; State Bar No. 24032294
*Printed name and bar number*

1507 Bill Owens Parkway
Longview, Texas 75604

*Address*

wh@wsfirm.com
*E-mail address*

(903) 757-6400
*Telephone number*

(903) 757-2323
*FAX number*