# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No. 2:23-cv-00051-JRG<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

The Court, having considered Defendant Charter Communications, Inc.'s Unopposed Motion for Leave to File Under Seal, and for good cause shown, hereby **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Charter Communications, Inc. is **GRANTED** leave to file under seal a Motion to Dismiss for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3).