# EXHIBIT 7
# Filed Under Seal Pursuant To Court Order
# CONFIDENTIAL

# EXHIBIT 8

# Filed Under Seal Pursuant To Court Order

# CONFIDENTIAL

# EXHIBIT 9

# Filed Under Seal Pursuant To Court Order

# CONFIDENTIAL

# EXHIBIT 10

# Filed Under Seal Pursuant To Court Order

# RESTRICTED – ATTORNEYS' EYES ONLY

# EXHIBIT 11
# Filed Under Seal Pursuant To Court Order
# CONFIDENTIAL

# EXHIBIT 12
# Filed Under Seal Pursuant To
# Court Order
# CONFIDENTIAL