UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00051-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule CV-5(a)(7), Plaintiff Entropic Communications, Inc. ("Plaintiff") hereby respectfully moves the Court for leave to file under seal Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (the "Motion"). The Motion discusses confidential proprietary and business information, including information that the parties have previously agreed to file under seal in *Entropic Communications, LLC v. Charter Communications, Inc.*, No. 22-cv-0125(JRG) (E.D. Tex.), pursuant to a Protective Order. *See* No. 22-cv-0125(JRG) (E.D. Tex.), Dkt. 36 (Protective Order) and Dkt. 61 (Sealed Motion to Dismiss).

Counsel for Plaintiff has conferred with Counsel for Defendant Charter Communications, Inc. and this motion is unopposed.

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion.

| | |
|---|---|
| Dated: May 5, 2023 | Respectfully submitted, |
| | <u>/s/ *James Shimota by permission Andrea L. Fair*</u> |
| | James Shimota (*pro hac vice* forthcoming) |
| | George Summerfield (*pro hac vice* forthcoming) |
| | **K&L GATES LLP** |
| | 70 W. Madison Street, Suite 3300 |
| | Chicago, IL 60602 |
| | Tel.: (312) 372-1121 |
| | Fax: (312) 827-8000 |
| | jim.shimota@klgates.com |
| | george.summerfield@klgates.com |
| | |
| | Darlene F. Ghavimi |
| | Texas Bar No. 24072114 |
| | **K&L GATES LLP** |
| | 2801 Via Fortuna, Suite #650 |
| | Austin, TX 78746 |
| | Telephone: (512) 482-6919 |
| | Facsimile: (512) 482-6800 |
| | darlene.ghavimi@klgates.com |
| | |
| | Peter E. Soskin (*pro hac vice* forthcoming) |
| | **K&L GATES LLP** |
| | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 882-8200 |
| | Facsimile: (415) 882-8220 |
| | peter.soskin@klgates.com |
| | |
| | Wesley Hill |
| | Texas Bar No. 24032294 |
| | Andrea Fair |
| | Texas Bar No. 24078488 |
| | **WARD, SMITH & HILL, PLLC** |
| | 1507 Bill Owens Pkwy |
| | Longview, TX 75604 |
| | Tel: (903) 757-6400 |
| | wh@wsfirm.com |
| | andrea@wsfirm.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **ENTROPIC COMMUNICATIONS, LLC** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff has complied with the meet and confer requirement in Local Rule CV-7(h).  Counsel for Defendant Charter Communications, Inc. indicated that it does not oppose the relief sought in this motion.

*/s/ Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

*/s/ Andrea L. Fair*
Andrea L. Fair
