## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Civil Action No. 2:23-cv-00051-JRG<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule CV-5(a)(7), Defendant Charter Communications, Inc. ("Defendant") hereby respectfully moves the Court for leave to file under seal Defendant's Reply Brief in Further Support of its Motion to Dismiss the Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (the "Reply Brief"). The Reply Brief discusses confidential proprietary and business information, including information that the parties have previously agreed to file under seal in *Entropic Communications, LLC v. Charter Communications, Inc.*, No. 22-CV-0125(JRG) (E.D. Tex.), pursuant to a Protective Order. *See* No. 22-CV-0125(JRG) (E.D. Tex.), Dkt. 36 (Protective Order) and Dkt. 61 (Sealed Motion to Dismiss).

Counsel for Defendant has conferred with Counsel for Plaintiff Entropic Communications, LLC and this motion is unopposed.

**WHEREFORE**, Defendant respectfully requests that the Court grant its motion.

Dated: May 12, 2023

Respectfully submitted,

*/s/ Elizabeth Long*
Daniel L. Reisner
David Benyacar

Betsy Long
Albert J. Boardman
Melissa Brown
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

***Attorneys for Defendant***
***Charter Communications, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2023, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

*/s/ Elizabeth Long*
Elizabeth Long

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h).   Counsel for Plaintiff Entropic Communications, LLC indicated that it does not oppose the relief sought in this motion.

*/s/ Elizabeth Long*
Elizabeth Long
