**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

Civil Action No. 2:23-cv-00051-JRG

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered Defendant Charter Communications, Inc.'s Unopposed Motion for Leave to File Under Seal, and for good cause shown, hereby **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Charter Communications, Inc. is **GRANTED** leave to file under seal a Reply Brief in Further Support of its Motion to Dismiss for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3).