# EXHIBIT M

# Application for Fixed Satellite Service by Spectrum Northeast, LLC

## SES-ASG-20200522-00563 / SESASG2020052200563

FCC.report (https://fcc.report/) ›  IBFS (/IBFS/) ›
/ Spectrum Northeast, LLC (/company/Spectrum-Northeast-LLC) ›
/ SES-ASG (/IBFS/Filing-List/SES-ASG)
/ SESASG2020052200563 (/IBFS/SES-ASG-20200522-00563) [GOV] (/IBFS/SES-ASG-20200522-00563/GOV)

Applicant requests Commission authority for the pro forma assignment of the subject stations to Spectrum NLP, LLC. There will be no changes in station operations.

| | |
|---|---|
| Filing: SES | Satellite Earth Station |
| Filing: ASG | Assignment |
| Nature of Service | Fixed Satellite Service |
| Last Action | Grant of Authority |
| Last Action Date | 2020-06-19 |
| Status | Action Taken Public Notice |
| Status Date | 2020-06-24 |
| Date Filed | 2020-05-22 |
| Date Granted | 2020-06-19 |
| Adopted Date | 2020-06-23 |
| Released Date | 2020-06-23 |
| Action Taken Public Notice | 2020-06-24 |
| Red Light | N |
| Paper/Electronic | E |
| Environmental Impact | N |

| Applicant | Contact |
|---|---|
| Spectrum Northeast, LLC<br>12405 Powerscourt Drive<br>Legal Dept<br>St. Louis, MO 63131 USA<br>12405 Powerscourt Drive, Legal Dept, St. Louis, MO 63131 USA | None<br>SAME AS APPLICANT<br>SAME AS APPLICANT<br>, USA |



Attachment HTML (/IBFS/SES-ASG-20200522-00563/2366594)

Attachment PDFLICENSE.pdf (/IBFS/SES-ASG-20200522-00563/2455037)

## Public Notices

| Service | Type | Report No | Date |
| --- | --- | --- | --- |
| Satellite Earth Station | Action Taken Public Notice | SES02279 (/IBFS/Public-Notices/2455205) | 2020-06-24 |

No License History
No Site Information [see Application Filing (/ BFS/SES-ASG-20200522-00563/2366594)]
No Site Antenna Info

© 2023 FCC.report
This site is not affiliated with or endorsed by the FCC