# EXHIBIT O



All Locations | Texas | Plano | 700 Alma Dr

## Spectrum - 700 Alma Dr
Plano, TX 75075

📞 (866) 874-2389

🕐 Open until 8 00 PM today

**MAKE RESERVATION**



### STORE SERVICES
Pay My Bill
Mobile Demo In-Store
Spectrum Mobile, Video, Internet and Phone
Self Install Kits
Demo Center
Equipment Exchange
Online Reservations

### STORE HOURS
| | |
|---|---|
| Mon | 10 00 AM - 8 00 PM |
| Tue | 10 00 AM - 8 00 PM |
| Wed | 10 00 AM - 8 00 PM |
| Thu | 10 00 AM - 8 00 PM |
| Fri | 10 00 AM - 8 00 PM |
| Sat | 10 00 AM - 6 00 PM |
| Sun | 12 00 PM - 5 00 PM |

### STORE LOCATION
700 Alma Dr #1..
View larger map

Get Directions

## GET IT DONE ONLINE
# Help Is Just a Click Away

Residential    Mobile    Business



### Shop Online
Get Started



### Pay Your Bill
Accounts & Billing



### Troubleshooting
Find Solutions

## MY SPECTRUM APP

# Manage Your Account From Anywhere



### Get the Highest-Rated Support App + Advanced Home WiFi

Personalize your WiFi network, make payments, get support and more. Use the app with Advanced Home WiFi to manage network access and get parental controls like scheduling specific devices.

✓ Set up a Spectrum WiFi Profile to access free out-of-home WiFi

✓ Enroll in Auto Pay and paperless billing for added convenience

✓ Troubleshoot your equipment and fix service-related issues

✓ Browse your current plan, add services and view current offers

 

Learn more about My Spectrum App

# Save with Spectrum One

Experience seamless connectivity across all your devices. With Spectrum One, get Spectrum Internet®, Advanced WiFi and an Unlimited Mobile line all for one incredible price.

Internet + Advanced WiFi + Mobile


$49 99/mo for 12 mos when bundled




SHOP OFFER

**Offer Details**

Limited time offer; subject to change; valid to qualified residential customers who have not subscribed to any services within the previous 30 days and have no outstanding obligations to Charter. Services are subject to all applicable service terms and conditions, subject to change. Services not available in all areas. Restrictions apply. INTERNET & ADVANCED WIFI: Standard rates for Internet and Advanced WiFi apply after yr 1. Standard rates apply for Internet, WiFi, and Mobile if Mobile line is not activated within 30 days and maintained through the promo period. Equipment may be extra; installation and additional services are extra. 99.9% reliability based on Spectrum network availability; excludes outages caused by external events. See spectrum.com/reliability for details. Speed based on wired connection. Available Internet speeds may vary by address. SPECTRUM MOBILE: Service not available in all areas. Spectrum Internet and Auto Pay required. Other restrictions apply. Visit spectrum.com/mobile/plans for details. UNLIMITED: Standard rates apply after yr 1. Smartwatch does not qualify as a line. Reduced speeds after 20 GB of usage per line. UNLIMITED PLUS: Customer opt-in to Mobile Unlimited Plus will be required to pay additional $10 monthly rate for that service. Smartwatch does not qualify as a line. Reduced speeds after 30 GB of usage per line. To access 5G, 5G compatible phone and 5G service required. Not all 5G capable phones compatible with all 5G service. Speeds may vary. Visit spectrum.com/mobile/5g for details.



| Spectrum Reach | Home Phone | Test Your Internet Speed | Support |
| Spectrum Community Solutions | Mobile | Contract Buyout | Store Locator |
| Spectrum Business | Spectrum Internet Assist | Channel Lineup | Upgrade |
| Retailers | | Why Spectrum? | Move Your Services |
| | | Services In Your Area | Service Rates & Disclosures |
| | | Rural Broadband Expansion | Rural Carrier Call Completion |
| | | Affordable Connectivity Program | |

Terms of Service/Policies | Your Privacy Rights | Accessibility | California Privacy Policy | California Consumer Do Not Sell My Personal Information

Not all products, pricing, and services are available in all areas. Pricing and actual speeds may vary. Internet speeds based on wired connection. Restrictions apply.

©2022 Charter Communications. All rights reserved.

