# EXHIBIT P

**Spectrum**

$0.00 /mo
$0.00 initial order total

# Services

Need help with your order? Call <u>1-855-839-4246</u>.

📍 <u>13286 Guerin Dr, 75035</u>

SHOW ME OFFERS WITH:

| TV ⊙ | Internet ⊙ | Home Phone ⊙ |

---

**Up to 500 Mbps**
**INTERNET ULTRA**

- Turbocharged Internet with NO data caps
- Complete control over your Spectrum WiFi network with Advanced WiFi

🏷 Eligible for Spectrum One savings. <u>See details</u>

From
**$39⁹⁹**/mo
for 24 mos

<u>Plan details</u>

[ ADD OFFER ]

<u>Plan details</u>

---

**Up to 1 Gbps**
**INTERNET GIG**

- Our fastest Internet with NO data caps for ultimate performance
- Complete control over your Spectrum WiFi network with Advanced WiFi

🏷 Eligible for Spectrum One savings. <u>See details</u>

From
**$59⁹⁹**/mo
for 24 mos

<u>Plan details</u>

[ ADD OFFER ]

<u>Plan details</u>

---

**125+ Channels / Up to 500 Mbps**
**TV SELECT + INTERNET ULTRA**

- Boost Your Speed with Internet Ultra
- View <u>channel lineup</u>

🏷 Eligible for Spectrum One savings. <u>See details</u>

From
**$89⁹⁸**/mo
for 24 mos
when bundled

<u>Plan details</u>

[ ADD OFFER ]

<u>Plan details</u>

---

**140+ Channels / Up to 500 Mbps**
**MI PLAN LATINO + INTERNET ULTRA**

- Spanish and English language programming with thousands of On Demand choices.
- View <u>channel lineup</u>

🏷 Eligible for Spectrum One savings. <u>See details</u>

From
**$79⁹⁸**/mo
for 24 mos
when bundled

<u>Plan details</u>


Plan details

### 125+ Channels
### TV SELECT

- Get popular movies, sports and news with thousands of On Demand choices
- View channel lineup

**From**
**$59⁹⁹/mo**
for 12 mos

Plan details


Plan details

### 140+ Channels
### MI PLAN LATINO

- 140+ channels with FREE HD including 75+ Spanish channels
- FREE On Demand access
- Stream anywhere with the spectrum TV® app

**From**
**$39⁹⁹/mo**
for 12 mos

Plan details

ADD OFFER
Plan details

---

**Spectrum**  1.855.839.4246

Product and Offer Disclaimers | Your Privacy Rights | Policies | Contract Buyout Information | Ratecard | California Privacy Policy | California Consumer Do Not Sell or Share My Personal Information | California Consumer Limit the Use of My Sensitive Personal Information

Not all products, pricing and services are available in all areas. Pricing and actual speeds may vary. Internet speeds based on wired connection, Restrictions apply.

©2023 Charter Communications, Inc.

 Chat With Us


