# EXHIBIT T

1/10/23, 1:17 PM    Case 2:23-cv-00051-JRG   Document 24-16   Missouri Business Filings Page 2 of 2 PageID #: 1164



https://bsd.sos.mo.gov/BusinessEntity/BESearch.aspx?SearchType=0    1/1