# EXHIBIT X

SPECTRUM SITES

Charter COMMUNICATIONS

Company ▾  Newsroom ▾  Investors ▾  Careers ▾  Community Impact ▾  Public Policy ▾



**PRESS RELEASE  |  JUNE 6, 2022**

# Charter Officially Opens New State-of-the-Art Corporate Headquarters in Stamford

Connecticut Governor Ned Lamont and Stamford Mayor Caroline Simmons Joined Charter Executives to Cut the Ribbon on the New Facility

**SHARE ARTICLE:**

(https://www.facebook.com/sharer/sharer.php?u=https://corporate.charter.com/newsroom/charter-officially-opens-corporate-headquarters-in-stamford-ct)

(https://twitter.com/intent/tweet?url=https://corporate.charter.com/newsroom/charter-officially-opens-corporate-headquarters-in-stamford-ct&via=charternewsroom&text=Charter%20Officially%20Opens%20New%20State-of-the-Art%20Corporate%20Headquarters%20in%20Stamford)

(mailto:?body=https://corporate.charter.com/newsroom/charter-officially-opens-corporate-headquarters-in-stamford-ct&subject=Charter%20Officially%20Opens%20New%20State-of-the-Art%20Corporate%20Headquarters%20in%20Stamford)

**STAMFORD, Conn.** – Charter Communications, Inc. officially marked the opening of its new headquarters in downtown Stamford on Monday, June 6, with a ribbon-cutting ceremony attended by elected officials, including Connecticut Governor Ned Lamont and Stamford Mayor Caroline Simmons. Located in the city's revitalized Harbor Point neighborhood, Charter's new corporate campus provides the company's Stamford-based employees with an amenity-rich, commuter-friendly workspace with room for continued growth.

"Over the past 10 years we have been proud members of the Stamford community and have experienced tremendous growth," said Thomas M. Rutledge, Chairman and Chief Executive Officer for Charter. "Our Stamford headquarters has grown from a handful of employees in a small portion of a single floor to 1,700 employees in a two-building, 900,000 square-foot campus. This region provides access to a robust talent base, and at Charter we are committed to attracting and retaining highly-skilled employees who live and work in this area, and to contributing to the growth and success of this community."

"Charter is a leading Connecticut-based business, invested in the success of the state, Stamford and the many communities it serves across the country," said Connecticut Governor Ned Lamont. "The company's continued growth is a testament to its commitment to employees, customers and the communities in which they live and work."

"We are so thrilled and grateful to have Charter Communications in Stamford," Mayor Simmons said. "Charter has brought over 1,700 jobs and invested over $500 million in this headquarters, bringing economic prosperity to our city. Charter has also been an excellent corporate partner, contributing to philanthropic efforts including a five year commitment to funding job training programs within our Community Action Agency in the South End. We are so grateful and happy to see Charter's continued growth in Stamford."



Charter CEO Tom Rutledge (second from left) and Vice Chairman John Bickham (third from left) were joined by Stamford Mayor Caroline Simmons (far left) and Connecticut Gov. Ned Lamont (far right) at the June 6 ribbon-cutting ceremony to celebrate Charter's new corporate headquarters.

Charter has more than 93,000 employees nationwide, and the company is currently hiring for more than 150 positions at the new Stamford campus, including professional-level roles in business planning, corporate security, customer operations, facilities, field operations, finance, human resources, information technology, legal, marketing, network engineering and sales. Named by Forbes as one of America's Best Employers by State in 2021, Charter provides excellent wages, including a $20 minimum starting wage. The company offers comprehensive health benefits, and for the past nine years has absorbed the full annual cost increase of medical, dental and vision coverage, along with a market-leading retirement plan, education assistance and complimentary or discounted services.

Charter's Stamford campus is conveniently situated to support employees commuting by car, bus or train from New York City and other areas of Connecticut and Westchester County. It has direct access to the Stamford train station platform, which offers Metro North and Amtrak Acela services, and is located just off Interstate 95. Other amenities include:

- A two-story food hall, three 24/7 self-serve markets; a coffee shop serving Starbucks© coffee and food, and a Pure Juice Bar with indoor and outdoor dining space.
- A free fitness center with complimentary group exercise classes, fitness assessments and individualized exercise programs.
- A health care center that is scheduled to opened in August that will provide employees in-building access to healthcare services.
- A conference center with 10 conference rooms, three huddle rooms, three phone rooms, a break room, and a training room that holds more than 100 people.
- A 250-seat auditorium set to open in August.
- An outdoor amphitheater scheduled to open in the fall.

More information about Stamford job openings is available at jobs.spectrum.com (https://jobs.spectrum.com/).

## About Charter

Charter Communications, Inc. (NASDAQ:CHTR) is a leading broadband connectivity company and cable operator serving more than 32 million customers in 41 states through its Spectrum brand. Over an advanced communications network, the company offers a full range of state-of-the-art residential and business services including Spectrum Internet®, TV, Mobile and Voice.

For small and medium-sized companies, Spectrum Business® delivers the same suite of broadband products and services coupled with special features and applications to enhance productivity, while for larger businesses and government entities, Spectrum Enterprise provides highly customized, fiber-based solutions. Spectrum Reach® delivers tailored advertising and production for the modern media landscape. The company also distributes award-winning news coverage, sports and high-quality original programming to its customers through Spectrum Networks and Spectrum Originals. More information about Charter can be found at corporate.charter.com (https://corporate.charter.com/).

## Media Contact

Leslie Byxbee

Leslie.Byxbee@charter.com (mailto:Leslie.Byxbee@charter.com)

**SHARE ARTICLE:**

(https://www.facebook.com/sharer/sharer.php?u=https://corporate.charter.com/newsroom/charter-officially-opens-corporate-headquarters-in-stamford-ct)

 (https://twitter.com/intent/tweet?url=https://corporate.charter.com/newsroom/charter-officially-opens-corporate-headquarters-in-stamford-ct&via=charternewsroom&text=Charter%20Officially%20Opens%20New%20State-of-the-Art%20Corporate%20Headquarters%20in%20Stamford)

 (mailto:?body=https://corporate.charter.com/newsroom/charter-officially-opens-corporate-headquarters-ct&subject=Charter%20Officially%20Opens%20State-of-the-Art%20Corporate%20Headquarters%20in...)

## Related News



**PRESS RELEASE**

Charter Communications Reaches $20 Minimum Starting Wage Companywide



**PRESS RELEASE**

Charter Now Offering 200 Mbps Starting Speeds in All Markets in its 41-State Service Area

[(https://twitter.com/charternewsroom)](https://twitter.com/charternewsroom)   [(https://www.youtube.com/chartercommunications)](https://www.youtube.com/chartercommunications)

| Company | Newsroom | Investors | Careers | Community Impact | Public Policy | Spectrum Sites |
|---|---|---|---|---|---|---|
| About Charter (https://corporate.charter.com/about-charter) | Latest News (https://corporate.charter.com/newsroom) | Investor Home (https://ir.charter.com) | Job Search (http://jobs.spectrum.com) | About Community Impact (https://corporate.charter.com/community-impact) | Policy Home (https://policy.charter.com) | Spectrum Residential (https://spectrum.com) |
| Leadership (https://corporate.charter.com/leadership) | Media Library (https://corporate.charter.com/media-library/images) | Results & SEC Filings (https://ir.charter.com/financial-information/quarterly-results) | | Community Center Assist (https://corporate.charter.com/community-assist) | | Spectrum Business (https://business.spectrum) |
| History (https://corporate.charter.com/history) | Media Contacts (https://corporate.charter.com/media-contacts) | Events & Webcasts (https://ir.charter.com/events-and-webcasts) | | Spectrum Digital Education (https://corporate.charter.com/digital-education) | | Spectrum Enterprise (https://enterprise.spectru) |
| Diversity & Inclusion (https://corporate.charter.com/diversity-inclusion) | | Investor News (https://ir.charter.com/news-releases) | | Community Loan Fund (https://corporate.charter.com/community-investment-loan-fund) | | Spectrum Reach (https://spectrumreach.co) |
| | | Corporate Governance (https://ir.charter.com/corporate-governance) | | Spectrum Networks (https://corporate.charter.com/spectrum-networks) | | Spectrum Account (https://www.spectrum.ne) |
| | | Stock Information (https://ir.charter.com/stock-information/stock-quote) | | | | |
| | | Investor Resources (https://ir.charter.com/investor-resources) | | | | |
| | | ESG Report (https://corporate.charter.com/esg-report) | | | | |

© 2023 Charter Communications Inc.

Terms of Service(https://www.spectrum.com/policies/website-terms)   Your Privacy Rights(https://www.spectrum.com/policies/your-privacy-rights)
California Consumer Privacy Rights(https://www.spectrum.com/policies/california)   California Consumer Do Not Sell or Share My Personal Information(https://spectrum.com/policies/your-privacy-rights-opt-out)
California Consumer Limit the Use of My Sensitive Personal Information(https://www.spectrum.com/policies/your-privacy-rights-opt-out)   Site Map(/sitemap)

If you are a customer with disability, please contact us (https://www.spectrum.net/support/accessibility/talking-guide-information-and-support/) if you need assistance.