# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>        Defendant. | Civil Action No. 2:23-cv-00051-JRG |

**REPLY DECLARATION OF MELISSA A. BROWN IN FURTHER SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO DISMISS THE <u>AMENDED COMPLAINT FOR IMPROPER VENUE PURSUANT TO FRCP 12(b)(3)</u>**

I, Melissa A. Brown, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in the declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Arnold & Porter Kaye Scholer, LLP, counsel of record for Defendant, Charter Communications, Inc. ("Defendant" or "CCI"). I am licensed to practice law in the States of New York and New Jersey.

3. I make this Declaration based on my personal knowledge and in further support of CCI's Motion to Dismiss the Amended Complaint for Improper Venue Pursuant to Federal Rule of Civil Procedure 12(b)(3).

4. Attached hereto as **Exhibit 14** is a true and correct redacted copy of a pay stub reflecting

5. CCI has not been designated or listed as a custodian of any document produced by Defendant CCI in this litigation.

6. Gregory Greene is the custodian of the document that Entropic submitted as Exhibit AB (CHARTER_ENTROPIC00007936). *See* Dkt. 18-29.

Executed on May 12, 2023 in New York, New York.

/s/ Melissa A. Brown
Melissa A. Brown

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email and the Court's ECF system on May 12, 2023.

                                             */s/ Melissa A. Brown*
                                             Melissa A. Brown

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5, the undersigned counsel hereby certifies that a Motion for Leave to File Under Seal the foregoing document has been filed.

                                             */s/ Melissa A. Brown*
                                             Melissa A. Brown