## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:23-CV-00051-JRG

Plaintiff:
ENTROPIC COMMUNICATIONS, LLC

vs.

Defendant:
CHARTER COMMUNICATIONS, INC.

Received these papers on the 26th day of May, 2023 at 3:15 pm to be served on **CHARTER COMMUNICATIONS, INC.** care of its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Thomas Kroll, being duly sworn, depose and say that on the **30th day of May, 2023** at **9:55 am**, I:

hand-delivered a true copy of this **First Amended Complaint for Patent Infringement with attached Exhibits 1 through 10 and Cover Letter from K&L Gates dated May 26, 2023**, to **CHARTER COMMUNICATIONS, INC.** care of its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 30th day of May, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

_____
Thomas Kroll
PSC - 3012, Exp. 8/31/2023

Our Job Serial Number: THP-2023003310
Ref: 1860283

