IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC.; <br> Defendant. | Case No. 2:23-cv-00051-JRG <br><br> **LEAD CASE** <br><br> DEMAND FOR JURY TRIAL |
| ENTROPIC COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> CHARTER COMMUNICATIONS, INC.; <br> Defendant. | Case No. 2:23-cv-00052-JRG <br><br> DEMAND FOR JURY TRIAL |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO SERVE P.R. 3-1 AND 3-2 DISCLOSURES

Plaintiff Entropic Communications, LLC ("Entropic") moves this Court for an extension of Entropic's deadline to serve its P.R. 3-1 and 3-2 disclosures. In accordance with this Court's Order Setting a Scheduling Conference (Dkt. No. 34), the current deadline is July 6, 2023. Entropic respectfully requests leave to extend this deadline by one week, to July 13, 2023. Counsel for the parties met and conferred, and Defendant advised that it does not oppose Plaintiff's motion. Plaintiff therefore respectfully requests that the Court grant this unopposed motion, extending the P.R. 3-1 and 3-2 disclosure deadline to July 13, 2023.

Dated: July 6, 2023

Respectfully submitted,

/s/*James A. Shimota*

James A. Shimota (*pro hac vice*)
George C. Summerfield
Melissa M. Haulcomb (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com
melissa.haulcomb@klgates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

Peter E. Soskin (*pro hac vice*)
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 6th day of July, 2023.

/s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Plaintiff met and conferred with Counsel for Defendant in accordance with Local Rule CV 7(h) and that this motion is submitted as unopposed.

/s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi