IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.;<br><br>　　Defendant. | Case No. 2:23-cv-00051-JRG<br><br>**LEAD CASE**<br><br>DEMAND FOR JURY TRIAL |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.;<br><br>　　Defendant. | Case No. 2:23-cv-00052-JRG<br><br>DEMAND FOR JURY TRIAL |

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion for an Extension of Time to Serve P.R. 3-1 and 3-2 Disclosures. After consideration, the Court GRANTS the Motion.

315938559.1