# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § § § | |
| v. | § § | CASE NO. 2:23-cv-00051-JRG (Lead Case) |
| CHARTER COMMUNICATIONS, INC. | § § § | |
| | | |
| ENTROPIC COMMUNICATIONS, LLC | § § § | |
| v. | § § | CASE NO. 2:23-cv-00052-JRG (Member Case) |
| CHARTER COMMUNICATIONS, INC. | § § § | |

## ORDER

Before the Court is Plaintiff Entropic Communications, LLC's ("Entropic") Unopposed Motion for Extension of Time to Serve P.R. 3-1 and 3-2 Disclosures (the "Motion"). (Dkt. No. 36.) Entropic seeks leave to extend its deadline to serve its P.R. 3-1 and 3-2 Disclosures by one week, to July 13, 2023. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Entropic's deadline to serve its P.R. 3-1 and 3-2 disclosures is **extended** up to and including July 13, 2023.

**So ORDERED and SIGNED this 7th day of July, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE