IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ENTROPIC COMMUNICATIONS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CHARTER COMMUNICATIONS, INC.,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:23-cv-00051-JRG <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, William M. Logan, is entering his appearance in the above-captioned action as counsel for Defendant Charter Communications, Inc..

> William M. Logan
> State Bar No. 24106214
> **WINSTON & STRAWN LLP**
> 800 Capitol Street, Suite 2400
> Houston, TX  77002
> Telephone: (713) 651-2766
> Facsimile: (713) 651-2700
> Email:  wlogan@winston.com

Mr. Logan respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: July 11, 2023                                      Respectfully submitted,

> /s/ *William M. Logan*
> William M. Logan
> State Bar No. 24106214
> wlogan@winston.com
> **WINSTON & STRAWN LLP**
> 800 Capitol Street, Suite 2400
> Houston, TX  77002
> Telephone: (713) 651-2766

Facsimile: (713) 651-2700

***ATTORNEY FOR DEFENDANT,***
***CHARTER COMMUNICATIONS, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on July 11, 2023, which provided notification of same on all counsel who are deemed to have consented to electronic service.

/s/ *William M. Logan*
William M. Logan