IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-00051-JRG<br>LEAD CASE |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLY WITH
P.R. 3-3 AND 3-4 AND COURT'S STANDING ORDER REGARDING
SUBJECT-MATTER ELEGIBILITY CONTENTIONS**

Defendant Charter Communications, Inc. ("Defendant" or "Charter") moves this Court to extend the deadline to comply with P.R. 3-3 and 3-4 as well as to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions. In accordance with the Court's Order Setting a Scheduling Conference (Dkt. 34), the current deadline is August 31, 2023. Counsel for the parties met and conferred, during which Defendants previously extended the time for Plaintiff to comply with its deadlines under P.R. 3-1 and 3-2 (Dkt. 36), and Plaintiff provided Defendant a reciprocal extension for its P.R. 3-3, 3-4, and Subject-Matter Eligibility Contentions deadlines. Accordingly, Plaintiff does not oppose Defendant's Motion. Defendant therefore requests that the Court extend the deadline to comply with P.R. 3-3 and 3-4 as well as to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions to September 11, 2023.

Dated: July 17, 2023                                    Respectfully submitted,

                                                                                  */s/ K. Padmanabhan*
Krishnan Padmanabhan
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-3564
Facsimile: (212) 294-4700

Saranya Raghavan
sraghavan@winston.com
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

William M. Logan
wlogan@winston.com
State Bar No. 24106214
Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Daniel Reisner
David Benyacar
Amy DeWitt
Elizabeth Long
Albert J. Boardman
Melissa Brown
Daniel.reisner@arnoldporter.com
David.benyacar@arnoldporter.com
Amy.dewitt@arnoldporter.com
Elizabeth.long@arnoldporter.com
Albert.boardman@arnoldporter.com
Melissa.brown@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000

2

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th of July, 2023.

/s/ K. Padmanabhan
Krishnan Padmanabhan

**CERTIFICATE OF CONFERENCE**

The parties met and conferred on July 17, 2023. Plaintiff does not oppose the requested relief.

/s/ K. Padmanabhan
Krishnan Padmanabhan