IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:23-cv-00051-JRG |
| v. | § § § | LEAD CASE |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant*. | § § | |

**ORDER EXTENDING DEADLINE TO COMPLY WITH**
**P.R. 3-3 AND 3-4 AND COURT'S STANDING ORDER REGARDING**
**SUBJECT-MATTER ELEGIBILITY CONTENTIONS**

Based on the reasons presented in the Unopposed Motion to Extend Deadline to Comply with P.R. 3-3 and 3-4 and Court's Standing Order Regarding Subject-Matter Eligibility Contentions, the Court **GRANTS** the Motion. It is hereby **ORDERED** that the deadline to comply with P.R. 3-3 and 3-4 as well as to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions be extended to September 11, 2023.