## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:23-CV-00051-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is Defendant Charter Communications, Inc.'s ("Defendant") Unopposed Motion to Extend Deadline to Comply with P.R. 3-3 and 3-4 and Court's Standing Order Regarding Subject-Matter Eligibility Contentions (the "Motion"). (Dkt. No. 40.) In the Motion, Defendant requests that the Court extend the deadline to comply with P.R. 3-3 and 3-4 as well as to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions from August 31, 2023 to September 11, 2023. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline to comply with P.R. 3-3 and 3-4 as well as to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions is hereby **extended** up to and including September 11, 2023.

So ORDERED and SIGNED this 19th day of July, 2023.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE