UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00051-JRG (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00052-JRG (Member Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND DEADLINE TO FILE PROPOSED DISCOVERY ORDER**

Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Charter Communications, Inc. ("Charter"), hereafter referred to as "the Parties," jointly move the Court to extend the deadline to file a Proposed Discovery Order, as ordered by the Court's Order setting the scheduling Conference. (Dkt. No. 34.) The parties are still meeting and conferring regarding proposed provisions. As such the parties agree good cause exists for the requested relief to allow sufficient time to evaluate the proposals and receive client approval. The parties therefore request the Court to extend the deadline to file a Proposed Discovery Order by one week to August 10, 2023.

Dated:  August 3, 2023

/s/ *Jim Shimota by Wesley Hill*

James Shimota (*pro hac vice*)
George C. Summerfield
Melissa M. Haulcomb (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com
melissa.haulcomb@kglates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

Peter E. Soskin (*pro hac vice*)
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

Respectfully submitted,

/s/ *K. Padmanabhan by permission Wesley Hill*

K. Padmanabhan (*pro hac vice*)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

William M. Logan
wlogan@winston.com
State Bar No. 24106214
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel.: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR
CHARTER COMMUNICATIONS, INC.
IN CASE NO. 2:23-CV-00051-JRG**

/s/ *Daniel L. Reisner by permission Wesley Hill*

Daniel L. Reisner
David Benyacar
Elizabeth Long
Melissa Brown
Albert J. Boardman

...

-3-

**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York, 10019-9710
Tel.: (212) 836-8000
Fax: (212) 836-8689
daniel.reisner@arnoldporter.com
david.benyacar@arnoldporter.com
elizabeth.long@arnoldporter.com
melissa.brown@arnoldporter.com
albert.boardman@arnoldporter.com

Amy L. DeWitt
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
amy.dewitt@arnoldporter.com

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel.: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR CHARTER COMMUNICATIONS, INC. IN CASE NO. 2:23-CV-00052-JRG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on all counsel of record via CM/ECF on August 3, 2023.

*/s/ Wesley Hill*
Wesley Hill

## CERTIFICATE OF CONFERENCE

The parties met and conferred on August 3, 2023. The parties agreed to the relief requested.

*/s/ Wesley Hill*
Wesley Hill
