UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:23-cv-00051-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:23-cv-00052-JRG (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER EXTENDING DEADLINE TO FILE PROPOSED DISCOVERY ORDER**

Based on the reasons presented in the Joint Motion to Extend Deadline to File Proposed Discovery Order, the Court GRANTS the Motion. It is hereby ORDERED that the deadline to file a Proposed Discovery Order be extended to August 10, 2023.