UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:23-cv-00051-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:23-cv-00052-JRG (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Entropic Communications, LLC ("Entropic") submits the attached proposed Protective Order for the Court's approval.

| | |
|---|---|
| Dated:  August 3, 2023 | Respectfully submitted,<br><u>/s/ *Jim Shimota by Wesley Hill*</u><br>James Shimota (*pro hac vice*)<br>George C. Summerfield<br>Melissa M. Haulcomb (*pro hac vice*)<br>**K&L GATES LLP**<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000<br>jim.shimota@klgates.com<br>george.summerfield@klgates.com<br>melissa.haulcomb@kglates.com<br><br>Darlene F. Ghavimi<br>Texas Bar No. 24072114<br>**K&L GATES LLP**<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Telephone: (512) 482-6919<br>Facsimile: (512) 482-6800<br>darlene.ghavimi@klgates.com<br><br>Peter E. Soskin (*pro hac vice*)<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>peter.soskin@klgates.com<br><br>Wesley Hill<br>Texas Bar No. 24032294<br>Andrea Fair<br>Texas Bar No. 24078488<br>**WARD, SMITH & HILL, PLLC**<br>1507 Bill Owens Pkwy<br>Longview, TX 75604<br>Tel: (903) 757-6400<br>wh@wsfirm.com<br>andrea@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br> **ENTROPIC COMMUNICATIONS, LLC** |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on all counsel of record via CM/ECF on August 3, 2023.

*/s/ Wesley Hill*
Wesley Hill

## CERTIFICATE OF CONFERENCE

The parties met and conferred on August 3, 2023. The parties agreed to the relief requested.

*/s/ Wesley Hill*
Wesley Hill