IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:23-CV-00051-JRG (Lead Case) |
| CHARTER COMMUNICATIONS, INC., | § § § | CIVIL ACTION NO. 2:23-CV-00052-JRG (Member Case) |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is the Joint Motion to Extend Deadline to File Proposed Discovery Order (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Charter Communications, Inc. ("Charter"). (Dkt. No. 49) In the Motion, the parties represent that they are stilling meeting and conferring regarding proposed provisions, and request a one-week extension of the deadline to file a Proposed Discovery Order. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to file a Proposed Discovery Order is extended until August 10, 2023.

**So ORDERED and SIGNED this 8th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE