UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-00051-JRG |
| CHARTER COMMUNICATIONS, INC., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S
NOTICE OF INITIAL AND ADDITIONAL DISCLOSURES**

Defendant Charter Communications, Inc. ("Charter") herby provides notice under Local Rule CV-26(c) that it has complied with Fed. R. Civ. P. 26(a)(1) and the Court's Discovery Order and served its required initial and additional disclosures on counsel for Plaintiff via electronic mail on August 10, 2023.

Dated: August 10, 2023

Respectfully submitted,

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (*pro hac vice*)
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-3564
Facsimile: (212) 294-4700

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

        Deron R. Dacus
        State Bar No. 00790553
        ddacus@dacusfirm.com
        The Dacus Firm, P.C.
        821 ESE Loop 323, Suite 430
        Tyler, TX 75701
        Telephone: (903) 705-1117
        Facsimile: (903) 581-2543

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 10th Day of August, 2023, with a copy of the foregoing document via the Court's CM/ECF system.

        */s/ Krishnan Padmanabhan*
        Krishnan Padmanabhan

AmericasActive:18957648.1