UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00051-JRG (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00052-JRG (Member Case)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S NOTICE OF
INITIAL AND ADDITIONAL DISCLOSURES**

Plaintiff Entropic Communications, LLC hereby provides notice under Local Rule CV-26(c) that it has complied with Fed. R. Civ. P. 26(a)(1) and the Court's Discovery Order and served its required initial and additional disclosures on counsel for Defendant via electronic mail on August 10, 2023.

| | |
|---|---|
| Dated: August 11, 2023 | Respectfully submitted,<br><br>/s/ James A. Shimota<br>James Shimota (*pro hac vice*)<br>George C. Summerfield<br>Melissa M. Haulcomb (*pro hac vice*)<br>**K&L GATES LLP**<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000<br>jim.shimota@klgates.com<br>george.summerfield@klgates.com<br>melissa.haulcomb@kglates.com<br><br>Darlene F. Ghavimi<br>Texas Bar No. 24072114<br>**K&L GATES LLP**<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Telephone: (512) 482-6919<br>Facsimile: (512) 482-6800<br>darlene.ghavimi@klgates.com<br><br>Christina Goodrich (SBN 261722)<br>christina.goodrich@klgates.com<br>Cassidy T. Young (SBN 342891)<br>Cassidy.young@klgates.com<br>**K&L GATES LLP**<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067<br>Telephone: +1 310 552 5000<br>Facsimile: +1 310 552 5001<br><br>Peter E. Soskin (*pro hac vice*)<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>peter.soskin@klgates.com<br><br>Wesley Hill<br>Texas Bar No. 24032294<br>Andrea Fair<br>Texas Bar No. 24078488<br>**WARD, SMITH & HILL, PLLC** |

1507 Bill Owens Pkwy<br>
Longview, TX 75604<br>
Tel: (903) 757-6400<br>
wh@wsfirm.com<br>
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on all counsel of record via the Court's CM/ECF system on August 11, 2023.

*/s/ James A. Shimota*
James Shimota