UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00051-JRG (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | **This Document Relates To:**<br><br>Case No. 2:23-cv-00052-JRG (Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Daniel Reisner, is appearing in this action as counsel for defendant Charter Communications, Inc.  The undersigned attorney has been admitted *pro hac vice* in Member Case No. 2:23-cv-00052 on behalf of Charter Communications, Inc. and has been authorized to enter an appearance in this consolidated action pursuant to the Court's Consolidation Order, Dkt. 33.  All pleadings, papers, orders, and notices should be served to:

Daniel Reisner
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212-836-8000
Fax: 212-836-8689
daniel.reisner@arnoldporter.com

Dated: August 22, 2023

Respectfully submitted,

*/s/  Daniel Reisner*
Daniel Reisner
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Fax: 212-836-8689
Email:  daniel.reisner@arnoldporter.com

***Attorney for Defendant
Charter Communications, Inc.***

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email and the Court's ECF system on August 22, 2023.

                                              */s/ Daniel Reisner*
                                              Daniel Reisner