UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00051-JRG (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | **This Document Relates To:**<br><br>Case No. 2:23-cv-00052-JRG (Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Amy L. DeWitt, is appearing in this action as counsel for defendant Charter Communications, Inc. The undersigned attorney has been admitted *pro hac vice* in Member Case No. 2:23-cv-00052 on behalf of Charter Communications, Inc. and has been authorized to enter an appearance in this consolidated action pursuant to the Court's Consolidation Order, Dkt. 33. All pleadings, papers, orders, and notices should be served to:

Amy L. DeWitt
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Tel.: 202-942-5823
Fax: 202-942-5999
Email: amy.dewitt@arnoldporter.com

Dated: August 22, 2023

Respectfully submitted,

<u>/s/  Amy L. DeWitt</u>
Amy L. DeWitt
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Tel.: 202-942-5823
Fax: 202-942-5999
Email: amy.dewitt@arnoldporter.com

***Attorney for Defendant***
***Charter Communications, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email and the Court's ECF system on August 22, 2023.


*/s/ Amy L. DeWitt*
Amy L. DeWitt