AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-00051-JRG | DATE FILED<br>2/8/2023 | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>ENTROPIC COMMUNICATIONS, LLC | | DEFENDANT<br>CHARTER COMMUNICATIONS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,838,213 | 12/5/2017 | ENTROPIC COMMUNICATIONS, LLC |
| 2 | 10,432,422 | 10/1/2019 | ENTROPIC COMMUNICATIONS, LLC |
| 3 | 8,228,910 | 7/24/2012 | ENTROPIC COMMUNICATIONS, LLC |
| 4 | 8,320,566 | 11/27/2012 | ENTROPIC COMMUNICATIONS, LLC |
| 5 | 8,363,681 | 1/29/2013 | ENTROPIC COMMUNICATIONS, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Having considered the Stipulation, the Court ACCEPTS AND ACKNOWLEDGES that all claims and causes of action asserted between the parties in the above-captioned lead and member cases are hereby DISMISSED WITH PREJUDICE |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>nkl | DATE<br>12/13/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy